# EXHIBIT A

April 30, 2017


Honorable Abdul K. Kallon
United States District Court
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Re: __United States v. Kevin Mitchell Maldonado__
    Case Number:  2:17-cr-047-AKK-TMP


Dear Judge Kallon,


I am writing to you on behalf of Kevin Maldonado, who is due to appear before you on May 17, 2017, for sentencing.  Although I do not know the intricacies of the case, I am fully aware of the charge.  My name is Barbara Maldonado-Smith and I am Kevin Maldonado's mother.

As a single parent, I raised my son by myself; he made it easy…he was focused and goal oriented.  Kevin was a good student in school, distinguished himself in the Air Force, and excelled at his job.  His job required an extraordinary amount of travel and he worked extremely long hours; therefore, he was isolated from friends and family…causing depression. As a result, Kevin displayed a behavior pattern that was completely out of character for him.

Kevin has become extremely proactive in rehabilitating himself.  He is getting professional help for his depression, quit his job and is now attending college, reconnected with his family, and developed a circle of friends.  In the past, Kevin always made certain I was provided for; now I am living with him.

Kevin is a good man and is a worthy member of society.  Hopefully, you will take my words into consideration and grant him leniency and mercy.

I plan on attending the sentencing and am prepared to make a brief statement at that time, if allowed.



Respectfully,

Barbara Maldonado-Smith

May 01, 2017


Honorable Abdul K. Kallon
United States District Court
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Re: <u>United States v. Kevin Mitchell Maldonado</u>
    Case Number:  2:17-cr-047-AKK-TMP

Dear Judge Kallon,

      I am writing today to request leniency. I know there are those who would feel that I do not deserve any, but I would like to say that they do not know the steps I have taken to improve. I regret the hurt I caused the innocent. I know now what I did was wrong and it was a horrible mistake that I cannot take back. I am trying my best in every way I can to become a better person and to prove it to myself, my loving parents, the people I have wronged, and everyone else who still wishes the best for me. If given another chance, I would make them proud of me.

      I have recognized that my behavior in the past has been nothing short of reprehensive. The mind set I had at the time was altered. I have since been in therapy and learned that I was suffering from depression during the time frame of the incident. I have since cut all ties with that type of behavior and thinking. During these last 23 months, I have begun searching my soul, in quiet moments, for answers; I have not been in a state of suspended animation, I have actively changed factors that were a huge contributor to the behavior being addressed. I have been under the care of two different psychologists, one in Birmingham and one in my current city. I resigned from the job that required continuous travel which eventually led to depression and isolation; I had been with that job since 2008. The therapy sessions further reassured me that I am very much a people person and isolation was horrible for me. I have enrolled in college to further my education and eventually land me a good paying non-traveling job when I graduate. Also, quitting my job allowed me much needed time to reconnect with family members. Being in a high demand job made me forget what was important in life. I have realized that family and love is what makes my world go around. Finally, the last but most important item is that I have relocated and now I have my mom living with me. I have placed myself in a healthy environment and will not lose focus again.

      I am thankful to you for reading my letter, and grateful for any consideration you may give to my request for leniency. I have begun a self-motivated path to a healthy state of mind. I beg you, please allow me to continue a non-interrupted journey.

Respectfully,

Kevin Maldonado

April 28, 2017


Honorable Abdul K. Kallon
United States District Court
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

**Re:  United States v. Kevin Mitchell Maldonado**
       Case Number:  2:17-cr-047-AKK-TMP


Dear Judge Kallon,


My name is Dulcie Huskins and I have been a family friend for 35 years.

Kevin is, and always has been, a good man who hit a low point in his life and got lost for a little bit.  He has since improved his life and surrounded himself with family and supportive friends.  He has moved to a different city where he is attending college; his goal is to earn a Bachelor's Degree.  Also, he sought professional help, which he is now receiving.  His outlook on life has changed drastically.

Since I am unable to attend the sentencing and speak on his behalf, I am asking you to consider the above when, hopefully, reaching a lenient sentence.  I believe him to be worthy of clemency.



Sincerely,

Dulcie Huskins



CAPE FEAR COMMUNITY COLLEGE

STUDENT

ID: 0443160

Kevin  Maldonado

exp. date
10/23/2019

# EXHIBIT B

# *Bair, Peacock, McDonald, McMullan & Bell, P.C.* _____

*Licensed Psychologists*
Steven L. Bair, *Psy.D.*
Renee A. Peacock, *Ph.D.*
Julie McDonald, *Ph.D.*
Angie Amick McMullan, *Ph.D.*
Stephen K. Bell, *Ph.D.*

400 Vestavia Parkway
Suite 101
Birmingham, Alabama 35216
Phone (205) 822-7348
Fax (205) 822-7297

May 1, 2017

Re: Kevin Maldonado

Dear Judge Kallon:

Mr. Maldonado sought psychological assessment and treatment (6/17/2016-3/21/17), including nine office sessions while living in Birmingham, and one phone consultation after moving to North Carolina, to address strategies for managing stress and symptoms of anxiety and depression. His diagnosis when working with me was Adjustment Disorder with Mixed Anxiety and Depressed Mood.  He is motivated to develop effective coping skills and has progressed well.

Mr. Maldonado has made the following changes in his life to eliminate depression and isolation:

1.  Resigned from a job that required continuous travel and social isolation.
2.  Reconnected with family members that he had not seen in a long time.
3.  Moved with his mother to North Carolina. Mr. Maldonado's mother is a strong source of emotional support.
4.  Resumed a healthy and loving relationship with his girlfriend who is a childhood friend.
5.  Enrolled in school with the goal of getting a good paying job that does not require travel.
6.  Sought treatment with me in Birmingham.
7.  After moving to Wilmington, sought treatment with a psychologist there.

I believe Mr. Maldonado has benefitted from his therapy, is dedicated to maintaining a new lifestyle that includes a strong social support network, and his prognosis is good.

Regards,

*Angie McMullan, Ph. D.*

Angie McMullan, Ph.D.

Licensed Clinical Psychologist, AL #603

# Jeanne M. McAllister, Ph.D., Licensed Psychologist

1437 Military Cutoff Rd. 200, Wilmington, NC  28403

P: 910.444.4771   F: 910.447.4421

Date:       May 2, 2017

To:         Judge Kallon

Re:         Kevin Maldonado (DOB 08/01/1981)

I have seen Mr. Maldonado on two occasions, 04/04/17 and 04/25/17.  Mr. Maldonado was given a diagnosis of Adjustment Disorder with Mixed Emotions of Anxiety and Depressed Mood (F43.23).  Mr. Maldonado appeared very invested in treatment and in making changes that would make his life work better.

Prior to beginning his work with me, Mr. Maldonado reported having already made a significant number of positive changes in his life which include resigning from a job that required continuous travel and inhibited him from having a strong social support network.  He reported he began working with a psychologist while still living in Birmingham, Alabama, and then began seeing me after relocating to Wilmington.  He said he moved to Wilmington to be close to his mother and other family members and has established a healthy relationship with his girlfriend.  He reported that he is enrolled in a local community college, Cape Fear Community College, where he plans on working on a degree that will allow him to have a job with a healthier lifestyle than his previous employment.

Mr. Maldonado appears to be making the changes that will improve the stability and satisfaction in his life and decrease the chances of his re-engaging in illegal behavior in the future.

Sincerely,

Jeanne M. McAllister, Ph.D.

Licensed Psychologist (#3423)